J. F. DICKINSON V. THE KANSAS CITY ELEVATED
RAILWAY COMPANY.

No. 14,698. (86 Pac. 150.)

DAMAGES—*Injury to Passenger—Examination by Physician.* It
was said that the trial court had the power, in a personal-
injury case, to require a physical examination of the plain-
tiff's injuries by physicians appointed by the court.

Error from Wyandotte district court; J. MCCABE
MOORE, judge. Opinion filed July 6, 1906. Affirmed.

*Anderson & Robinett,* for plaintiff in error.

*Miller, Buchan & Miller,* for defendant in error.

· *Per Curiam:* Plaintiff, a passenger on defendant's
road, sued to recover damages for personal injuries,
but the jury found for the defendant. Two errors are
assigned, but neither is good.

The objection to the appointment of a commission of
physicians to make a physical examination was not
sufficiently specific, and if it had been the court would
have been warranted in overruling it. There was
power in the court to require the examination. (*Ot-
tawa v. Gilliland,* 63 Kan. 165, 65 Pac. 252.)

The credibility and weight of the testimony were for
the jury. There were circumstances shown tending
to discredit the plaintiff's testimony, and evidently the
jury did not believe it. We cannot say that they should
have done so, or that there are any grounds for a re-
versal.

The judgment is affirmed. ·